# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McCALL'S COUNTRY CANNING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAULA DEEN ENTERPRISES, LLC, a Georgia Limited Liability Company; PAULA DEEN RETAIL, INC., a Georgia Corporation; PAULA DEEN ONLINE, INC., a Georgia Corporation; MVP GROUP INTERNATIONAL, INC., a Kentucky Corporation; WAL-MART STORES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 09cv0952-LAB (BLM)<br><br>**ORDER DISMISSING CASE** |

Pursuant to the joint motion of the parties, this case is dismissed with prejudice. Each side shall bear its own fees and costs. The parties agree that Magistrate Judge Skomal will retain jurisdiction over all disputes arising out of the settlement the parties have reached.

**IT IS SO ORDERED**.

DATED: July 11, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -

09cv0952